# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PERSH,<br><br>           Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY and BOEING COMPANY WELFARE BENEFIT PLAN,<br><br>           Defendants. | CASE NO: 2:18-cv-02325-ODW(PLA)<br><br>**ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE [23]** |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice Plaintiff's Complaint in the above-entitled action. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

December 27, 2018

Hon. Otis D. Wright, II
United States District Judge